**Liani J. Reeves** OSB No. 013904
liani.reeves@millernash.com
**Cristela Delgado-Daniel**, OSB No. 193519
cristela.delgadodaniel@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland OR, 97205
Telephone: 503.224.5858
Fax: 503.224.0155

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **N.W.**, a minor, by and through her next friend ADRIONA WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>**PORTLAND PUBLIC SCHOOLS**, an Oregon public corporate entity by and through its Board of Directors of Multnomah County School District No. 1J,<br><br>    Defendant. | Case No. 3:24-cv-00642-YY<br><br>DECLARATION OF LIANI J. REEVES IN SUPPORT OF STIPULATED MOTION TO SUSPEND DEADLINES AND FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |

    I, Liani J. Reeves, under penalty of perjury, declare and state as follows:

PAGE 1 - Declaration of Liani J. Reeves

4862-1964-4360.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205

1. I am over the age of 18 and competent to testify to the matters set forth below, of which I have personal knowledge.

2. I am an attorney with Miller Nash LLP, and an attorney representing Defendant Portland Public Schools ("PPS") in this lawsuit. I have personal knowledge of the facts set forth in this declaration and I make this declaration in support of the Stipulated Motion to Suspend Deadlines and for Extension of Time to File a Responsive Pleading (the "Motion").

3. On June 17, 2024, I conferred with Plaintiff's counsel Kevin Brague who indicated that he stipulates to the motion.

4. The current deadline for Defendant to file a responsive pleading in this case is June 17, 2024.

5. The parties have been actively engaging in settlement discussions and reached a tentative agreement to resolve the case on June 17, 2024.

6. An extension is requested so that the parties can effectuate the settlement agreement and eventual dismissal of the case.

7. This motion is made in good faith and not for purposes of delay.

PURSUANT TO 28 USC § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED on this 17th day of June, 2024, in Portland, Oregon.

s/*Liani J. Reeves*
Liani J. Reeves, OSB No. 013904

Page 2 -   Declaration of Liani J. Reeves

4862-1964-4360.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205