**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **N.W.**, a minor, by and through her next friend ADRIONA WHITE,<br><br>        Plaintiff,<br><br>   v.<br><br>**PORTLAND PUBLIC SCHOOLS,** an Oregon public corporate entity by and through its Board of Directors of Multnomah County School District No. 1J,<br><br>        Defendant. | Case No. 3:24-CV-00642-YY<br><br>**STIPULATED GENERAL JUDGMENTOF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 54 and based upon the stipulation of the parties,

IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice and without costs or attorney fees to any party.

_____
Hon. Judge Youlee Yim You

**IT IS SO STIPULATED**

Dated this 5th day of August, 2024

| THE BRAGUE LAW FIRM | MILLER NASH LLP |
|---|---|
| *[signature]* | *s/Liani Reeves* |
| Kevin Brague, OSB No. 050428 | Liani Reeves, OSB No. 013904 |
| kevin@braguelawfirm.com | liani.reeves@millernash.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing STIPULATED GENERAL JUDGMENTOF DISMISSAL WITH PREJUDICE on the party listed below by the following indicated method or methods:

      Liani J. Reeves, OSB No. 013904
      liani.reeves@millernash.com
      MILLER NASH
      1140 SW Washington Street, Suite 700
      Portland, OR 97205
      T: 503.224.5858
      F: 503.224.0155
      *Attorneys for Defendant*

[X]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[ ]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]    by faxing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

      DATED this 5th day of August, 2024.

      _____
      Kevin C. Brague, OSB No. 050428