IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **N.W.**, a minor, by and through her next friend ADRIONA WHITE,<br><br>        Plaintiff,<br><br>   v.<br><br>**PORTLAND PUBLIC SCHOOLS,** an Oregon public corporate entity by and through its Board of Directors of Multnomah County School District No. 1J,<br><br>        Defendant. | Case No. 3:24-cv-00642-YY<br><br>**STIPULATED GENERAL JUDGMENTOF DISMISSAL WITH PREJUDICE** |

    Pursuant to FRCP 54 and based upon the stipulation of the parties,

    IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice and without costs or attorney fees to any party.

    Dated this 6th day of August 2024.

                                           /s/ Youlee Yim You
                                           U.S. Magistrate Judge

**IT IS SO STIPULATED**

Dated this 5th day of August, 2024

| THE BRAGUE LAW FIRM | MILLER NASH LLP |
|---|---|
| *[signature]* | *s/Liani Reeves* |
| Kevin Brague, OSB No. 050428 | Liani Reeves, OSB No. 013904 |
| kevin@braguelawfirm.com | liani.reeves@millernash.com |
| Attorneys for Plaintiff | Attorneys for Defendant |